EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **LINDA SARSOUR,** *et al.* | ) | **Case No. 1:16-CV-00375** |
| | ) | **Hon. Anthony Trenga** |
| Plaintiffs, | ) | |
| v. | ) | |
| **DONALD J. TRUMP,** President of the, United States, *et al.* | ) | |
| Defendants | ) | |

_____/

# NOTICE OF ORAL ARGUMENT

Plaintiffs hereby set March 15, 2017 at 10:00 AM as the hearing date for Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction.

Respectfully submitted,

LAW OFFICE OF GADEIR ABBAS

BY:  /s/ Gadeir Abbas

1155 F Street NW- Suite 1050
Washington, DC 20004
Phone:  (720) 251-0425
Fax: (202) 204-0253
gadeir@abbaslawfirm.com
*Licensed in Virginia, not in D.C.*
*Practice limited to federal matters*

Attorney for the Plaintiffs

# CERTIFICATE OF SERVICE

A copy of the foregoing document was filed with the court and all ECF users on March 13, 2017.

          LAW OFFICE OF GADEIR ABBAS

          BY: /s/ Gadeir Abbas

          1155 F Street NW
          Suite 1050
          Washington, DC 20004
          Ph: (720) 251-0425
          Fax: (202) 204-0253
          gadeir@abbaslawfirm.com
          *Licensed in Virginia, not in D.C.*
          *Practice limited to federal matters*