IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LINDA SARSOUR, *et al.*,  )
 )
          Plaintiffs,  )
 )
v.  )
 )   Civil Action No. 1:17cv00120 (AJT/IDD)
DAWUD WALID, *et al.*,  )
 )
          Defendants.  )
 )

## ORDER

On March 13, 2017, Plaintiffs filed an "Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction" [Doc. No. 13] (" Plaintiffs' Motion"). Defendants then filed a Motion to Continue the hearing on Plaintiff's Motion [Doc. No. 16] ("Defendants' Motion"). Upon review of Plaintiffs' Motion and Defendants' Motion, it is hereby

ORDERED that Defendants' Motion [Doc. No. 16] be, and the same hereby is, GRANTED to the extent that the hearing on Defendants' Motion currently scheduled for March 13, 2017 be, and the same hereby is, CONTINUED to **Tuesday, March 21, 2017 at 10 a.m.**; and it is further

ORDERED that Defendants file their opposition brief no later than **Friday, March 17, 2017 at 12 p.m. noon.**

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 13, 2017