**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **LINDA SARSOUR,** *et al.*; | ) |
| Plaintiffs, | ) **Case No. 1-cv-00120** |
| | ) **Hon. Anthony J. Trenga** |
| v. | ) |
| **DONALD J. TRUMP**, President of the United States of America; in his official capacity, *et al.*; | ) |
| Defendants. | ) |

## CONSENTED NOTICE OF WAIVER OF ORAL ARGUMENT

Pursuant to Local Civil Rule 7(E), the parties have conferred and all agree to waive oral argument regarding Plaintiffs' March 13, 2017 Motion for a Protective Order. *See* Dkt. 12.

Respectfully submitted,

LAW OFFICE OF GADEIR ABBAS

BY:   /s/ Gadeir Abbas

1155 F Street NW- Suite 1050
Washington, DC 20004
Phone:  (720) 251-0425
Fax: (202) 204-0253
gadeir@abbaslawfirm.com
*Licensed in Virginia, not in D.C.*
*Practice limited to federal matters*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was filed with the United States Circuit Court for the Sixth Circuit on March 20, 2017.

LAW OFFICE OF GADEIR ABBAS

BY:   /s/ Gadeir Abbas

1155 F Street NW
Suite 1050
Washington, DC 20004
Ph:   (720) 251-0425
Fax: (202) 204-0253
gadeir@abbaslawfirm.com
*Licensed in Virginia, not in D.C.*
*Practice limited to federal matters*