# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LINDA SARSOUR, *et al.*;<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*;<br><br>                Defendants. | No. 1:17-cv-00120(AJT/IDD) |

## NOTICE OF ADDITIONAL AUTHORITY

On March 20, 2017, plaintiffs submitted a notice of additional authority in this matter. *See* ECF No. 28. To keep the Court fully apprised of relevant authorities, Defendants hereby note an additional opinion: Order Denying Washington's Emergency Motion to Enforce the Preliminary Injunction, *Wash. v. Trump*, Case No. C17-0141JLR, Dkt. No. 163 (Mar. 16, 2017). This Order is a further proceeding in *Wash. v. Trump*, 2017 WL 462040 (W.D. Wash. Feb. 3, 2017) (cited in Defendants' Mem. in Opp. to Mot. for TRO, ECF No. 22, at 5). In it, the Court declined to extend an injunction entered against now-revoked Executive Order No. 13,769 to Executive Order 13,780, the Order now at issue in this litigation.

March 20, 2017

Respectfully submitted,

DANA J. BOENTE
United States Attorney

CHAD READLER
Acting Assistant Attorney General
Civil Division

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

By:                     /s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:      (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ERIC J. SOSKIN
BRAD P. ROSENBERG
ARJUN GARG
MICHELLE R. BENNETT
DANIEL SCHWEI

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Gadeir Ibrahim Abbas
The Law Office of Gadeir Abbas
1155 F Street, N.W., Suite 1050
Washington, D.C.  20004
Email: Gadeir@abbaslawfirm.com

Date: March 20, 2017                                     /s/_____
                                                        DENNIS C. BARGHAAN, JR.
                                                        Assistant U.S. Attorney
                                                        2100 Jamieson Avenue
                                                        Alexandria, Virginia 22314
                                                        Telephone: (703) 299-3891
                                                        Fax:        (703) 299-3983
                                                        Email:  dennis.barghaan@usdoj.gov

                                                        ATTORNEYS FOR DEFENDANTS

4