**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **LINDA SARSOUR**, *et al.*; )<br>)<br>  Plaintiffs,  )<br>)<br>v.  )<br>)<br>**DONALD J. TRUMP**, President of the United )<br>States of America; in his official capacity, *et al.*; )<br>)<br>  Defendants.  ) | **Case No. 17-cv-00120**<br>**Hon. Anthony J. Trenga** |

## NOTICE

Plaintiff John Doe No. 5, only, hereby withdraws his Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction. *See* Dkt. 13.

Additionally, Plaintiff John Doe No. 6, by and through his undersigned counsel, advises the Court that his marriage petition that he filed for his wife was approved, and her visa application is currently pending.

Finally, Defendants' counsel have advised the undersigned counsel that they do not oppose Plaintiffs' Doe Motion for a Protective Order and to Keep the Names of the John and Jane Doe Plaintiffs Under Seal. *See* Dkt. 12. However, Defendants' counsel also reserved the right at a future date to either request that the Court modify the protective order to provide access to the information filed under seal pursuant to the protective order, or to move to unseal the identities of one or more of the Doe Plaintiffs.

Respectfully submitted,

THE LAW OFFICE OF GADEIR ABBAS

BY:  /s/ Gadeir Abbas
GADEIR I. ABBAS
Attorney for Plaintiffs
1155 F Street NW, Suite 1050
Washington, D.C. 20004
Telephone: (720) 251-0425
Email: gadeir@abbaslawfirm.com

*Licensed in Virginia, not in D.C.*
*Practice limited to federal matters*

COUNCIL ON AMERICAN-ISLAMIC RELATIONS

BY:     /s/ Lena Masri
LENA F. MASRI (P73461)
Attorney for Plaintiffs
National Litigation Director
353 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

AKEEL & VALENTINE, PLLC

BY:     /s/ Shereef Akeel
SHEREEF H. AKEEL (P54345)
Attorney for Plaintiffs
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

Dated:  March 21, 2017

**Certificate of Service**

I hereby certify that on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Virginia using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Gadeir Abbas*

GADEIR I. ABBAS
Attorney for Plaintiffs
1155 F Street NW, Suite 1050
Washington, D.C. 20004
Telephone: (720) 251-0425
Email: gadeir@abbaslawfirm.com