# CIVIL MOTION MINUTES

Date:  03/21/17                        Judge: Trenga
                                       Reporter: R. Montgomery

Time:   10:00am – 11:27am

Civil Action Number:  1:17cv120

Linda Sarsour, et al
 vs.
Donald J. Trump, President of the United States of America; in his official capacity, et al

Appearances of Counsel for        (X) Pltf        (X) Deft

Motion to/for:
 #13 Pltf Emergency Motion

Argued &
(  ) Granted    (   ) Denied (    ) Granted in part/Denied in part
(X)Taken Under Advisement (     ) Continued to

(X) Memorandum Opinion to Follow

(  )  Order to follow