IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LINDA SARSOUR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17cv00120 (AJT/IDD) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Presently pending before the Court is Plaintiffs' "Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction" [Doc. No. 13] (the "Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel at the hearing held on March 21, 2017, and for the reasons stated in the accompanying Memorandum Opinion [Doc. No. 36], it is hereby

ORDERED that Plaintiffs' Motion [Doc. No. 13] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 24, 2017