# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| LINDA SARSOUR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17-cv-120 (AJT/IDD) |
| ) | |
| DONALD J. TRUMP, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **[Proposed] ORDER**

Upon consideration of defendants' consent motion for a stay of proceedings, it is hereby

ORDERED that defendants' consent motion is GRANTED; it is further

ORDERED that all proceedings in this matter are hereby stayed until further order of the Court.

Date: _____                                    _____
                                                    UNITED STATES DISTRICT JUDGE