IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LINDA SARSOUR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-120 (AJT/IDD) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is the Parties' Joint Motion to Stay Proceedings, [Doc. No. 49], in which they ask the Court to stay this action in light of other litigation challenging Presidential Proclamation No. 9645. *See International Refugee Assistance Project v. Trump*, 2017 WL 4674314 (D. Md. Oct. 17, 2017); *Hawaii v. Trump*, No. 1:17-cv-0050 (D. Haw. Oct. 20, 2017), *aff'd in part, vacated in part*, 2017 WL 6554184 (9th Cir. Dec. 22, 2017). Upon consideration of the Motion and the incorporated memorandum in support thereof, it is hereby

ORDERED that the Parties' Joint Motion to Stay Proceedings, [Doc. No. 49], be, and the same hereby is, GRANTED; and it is further

ORDERED that all proceedings in this action be, and the same hereby are, STAYED until further order of the Court. The Clerk is directed to place this matter on the inactive docket.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 9, 2018