UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LINDA SARSOUR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17cv120 (AJT/IDD) |
| ) | |
| DONALD J. TRUMP, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Through an order dated January 8, 2018, this Court stayed this civil action "until further order of the Court" in light of other civil litigation in other courts addressing similar issues (Dkt. No. 50). The parties have now conferred, and jointly stipulate to the dismissal of this civil action, with all parties to bear their own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Gadeir Abbas | Dennis C. Barghaan, Jr. |
| 453 New Jersey Ave, SE | Assistant U.S. Attorney |
| Washington, DC 20003 | 2100 Jamieson Avenue |
| Tel: 720.251.0425 | Alexandria, Virginia  22314 |
| Fax: 202.488.0833 | Tel:  (703) 299-3891 |
| Email: gabbas@cair.com | Fax: (703) 299-3983 |
| licensed in VA; not in DC | Email:  dennis.barghaan@usdoj.gov |
| practice limited to federal matters | |
| | |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS |
| | |
| Date: June 25, 2021 | Date: June 25, 2021 |